In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of GEORGE J. GOSTIN, an Attorney and Counselor at Law.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ. Motion to

amend petition by adding other charges granted; the petition is amended by adding the charges set forth in the affidavit of Charles J. Buchner, sworn to March 6, 1940, and the entire matter, as amended, is referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.